UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALEK KALID PTAH, | |
| Petitioner, | Case No. C19-0992-RSM-MAT |
| v. | |
| STATE OF WASHINGTON, | REPORT AND RECOMMENDATION |
| Respondent. | |

Petitioner Malek Kalid Ptah is currently confined at the Coyote Ridge Corrections Center in Connell, Washington. On June 25, 2019, petitioner submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging a 2018 judgment of the King County Superior Court. (*See* Dkt. 1-1.) Petitioner submitted with his petition an application to proceed with this action *in forma pauperis* ("IFP"). (*See* Dkt. 1.) However, petitioner's IFP application was not submitted on the proper form and he failed to include with his application a copy of his prison trust account statement. Thus, on June 26, 2019, the Clerk sent petitioner a letter advising him of these deficiencies and directing him to correct them not later than July 26, 2019 or face dismissal of this action. (*See* Dkt. 2.)

On July 14, 2019, petitioner submitted to the Court a new IFP application on the proper

REPORT AND RECOMMENDATION
PAGE - 1

form and a copy of his prison trust account statement. (Dkt. 3.) However, the "Certification" section of the new application, which must be completed by the financial officer at petitioner's institution, was left blank. Thus, on July 16, 2019, the Clerk sent petitioner a letter advising him of the deficiency in his new application and directing him to correct the deficiency not later than August 15, 2019 or face dismissal of this action. (Dkt. 4.) To date petitioner has not responded to the Clerk's second deficiency letter.

As petitioner has had ample time to correct the deficiency in his *in forma pauperis* application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 27, 2019**.

DATED this 5th day of September, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2