UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALEK KALID PTAH, | CASE NO. C19-992RSM-MAT |
| Petitioner, | ORDER ON REPORT AND RECOMMENDATION |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. #7) and Petitioner's objections to the R&R (Dkt. #8). As recounted in the R&R, Petitioner originally used the incorrect form to seek *in forma pauperis* status before this Court. Dkt. #7 at 1 (citing Dkt. #1). When alerted of the deficiency, Petitioner utilized the correct form, but did not obtain the required certification from his institution. Dkt. #3 at 2. The Clerk again alerted Petitioner to the deficiency and gave him until August 15, 2019, to remedy the error or face dismissal. When Petitioner failed to remedy the deficiencies, the Honorable Mary Alice Theiler entered the R&R recommending that the Court dismiss the action without prejudice for failure to prosecute. Dkt. #7 at 2.

ORDER – 1

In response to the R&R and as his objections, Petitioner filed the required certification on September 9, 2019. Dkt. #8. Subsequently, Petitioner has also paid the filing fee required and the Court has filed his habeas corpus petition. Dkt. #9.

Accordingly, and having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, the Court FINDS and ORDERS:

1. The Report and Recommendation (Dkt. #7) is NOT ADOPTED;

2. Petitioner's Application to Proceed In Forma Pauperis (Dkt. #3) is DENIED AS MOOT;

3. This matter is re-referred to the Honorable Mary Alice Theiler for further proceedings; and

4. The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Mary Alice Theiler.

Dated this 29 day of October, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE